■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SONNY WARD, Appellant.—Judgment, unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—attempted burglary, third degree.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL EDWARD BIBALO, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Finnerty, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA GADDY, Appellant.—Judgment unanimously reversed on the law, defendant's motion to suppress granted and defendant remanded to Monroe County Court for further proceedings on the indictment *(see, People v Gaddy,* 135 AD2d 1082). (Appeal from judgment of Monroe County Court, Connell, J.—criminal possession of stolen property, second degree.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED JAMES JOLLY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Provenzano, J.—felony driving while intoxicated.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM STEIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—violation of probation.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.